JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PUCK TECHNOLOGY** | CASE NO. SACV07-1065 DOC(MLGx) |
| Plaintiff(s), | |
| v. | **O R D E R DISMISSING CIVIL ACTION** |
| **GOLDEN CREATIONS INC. ET. AL.,** | |
| Defendant(s). | |

Pursuant to the confidential settlement agreement filed February 1, 2008,

**IT IS ORDERED** that the above-captioned matter is dismissed in its entirety.

DATED: April 7, 2008

_/s/ David O. Carter_
DAVID O. CARTER
United States District Judge